**E-FILED on 10/25/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMILIANO ZAPATA LOYOLA, | ) | No. C 10-4775 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| KATHLEEN DICKERSON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action without prejudice as a second or successive petition. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/25/11

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Loyola775jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIANO Z. LOYOLA,<br><br>         Plaintiff,<br><br>   v.<br><br>SANTA CLARA COUNNTY SUPERIOR CT<br>et al,<br><br>         Defendant.                                              / | Case Number: CV10-04775 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emiliano Zapata Loyola P-32816
California Medical Facility
Post Office Box 2000
Bed # L31aL
Vacaville, CA 95696-2000

Dated: October 25, 2011

                                                            Richard W. Wieking, Clerk
                                                            By: Jackie Lynn Garcia, Deputy Clerk